UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

THEODORE SMITH (#313084)

VERSUS

LUKE RHEAMS, ET AL.

CIVIL ACTION

NO. 11-482-JJB-SCR

RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated January 29, 2013 (doc. no. 48) to which no objection has been filed.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the Motion for Summary Judgment filed by defendants Capt. Luke Rheams and Maj. Trampus Butler be DENIED.

Baton Rouge, Louisiana, this 20th day of February, 2013.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA