UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| THEODORE SMITH | CIVIL ACTION |
| VERSUS | |
| LUKE RHEAMS, ET AL. | NO.:11-00482-BAJ-SCR |

### ORDER

On May 7, 2015, this Court received two letters from Plaintiff Theodore Smith ("Smith"), informing the Court that the Prison Records Department at Elayn Hunt Correctional Center in St. Gabriel, Louisiana, where Smith is currently housed, failed to return his documents or make the requested copies of his documents. (Doc. 116 at p. 3; Doc. 117 at p. 2). Smith avers that these documents are necessary for his upcoming trial, which is scheduled for June 23 - 24, 2015 at 9:00 a.m. (Doc. 116 at p. 3).

In light of the representations made by Smith:

**IT IS ORDERED** that the Office of the Attorney General shall contact the Records Department at Elayn Hunt Correctional Center and facilitate the provision of and copying of Smith's documents as necessary, so that trial in this matter will occur as scheduled.

**IT IS FURTHER ORDERED** that the Office of the Attorney General shall provide a copy of this Order, in its entirety, to Plaintiff Theodore Smith

(DOC #313084) via facsimile to Elayn Hunt Correctional Center by **close of business on Wednesday, May 20, 2015**.

**IT IS FURTHER ORDERED** that the contents of this order, as well as any and all future orders of this Court shall not be altered by prison officials or employees. Any future alteration of federal court orders shall result in the issuance of an order to show cause as well as the imposition of sanctions.

Baton Rouge, Louisiana, this 18th day of May, 2015.

_____
BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA